TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00378-CR







Floyd Reed, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. D-1-DC-06-904038, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was due to be filed on July 31, 2006. The court reporter failed
to respond to this Court's notice that the record is overdue. 

The court reporter for the 299th District Court, Mr. Leon Justice, is ordered to tender
the reporter's record for filing no later than November 10, 2006. See Tex. R. App. P. 37.3(a)(2). 
No further extension of time will be granted.

It is ordered October 13, 2006.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish